# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Colonna's Shipyard, Inc. ) ASBCA Nos. 59335, 59337, 59403
)
Under Contract No. N50054-13-C-1304 )

APPEARANCE FOR THE APPELLANT: Donald C. Holmes, Esq.
    Donald C. Holmes & Associates, P.A.
    Greensboro, MD

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
    Navy Chief Trial Attorney
    Robyn L. Hamady, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 12 March 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59335, 59337, 59403, Appeals of Colonna's Shipyard, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals